AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL EDWARD KUCEWICZ

v.

JANET RENO, U.S. ATTORNEY GENERAL
FEDERAL BUREAU of PRISONS
*HEALTH SERVICES ADMINISTRATOR,
at U.S.P. LEWISBURG, PA.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 1:CV-01-0042

FILED SCRANTON
JAN 1 0 2001
PER _____ DEPUTY CLERK

I, Michael Edw. Kucewicz, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant       ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

The prison medical staff intend to take me off a vital anti-epileptic drug. Furthermore, I have not had a personal visit with a neurologist/epilepsy specialist.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   12/14/00 — $12.96/month (in isolation now)

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☒   No ☐

ACCOUNT STATEMENT

DATE 12/21/00
PAGE No. 01

Account # 13598014

KUCEWICZ, MICHAEL E.
UNIT 2/C-2

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0221 | 11:14 | 09-15-00 | FUNDS TRANSFERRED IN | 10.10 | 10.10 |
| 000109 | 8:59 | 09-21-00 | SALE / REGULAR | 9.28- | .82 |

**** TRANSACTION TOTAL ****    .82

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .82 | .00 | .00 | .00 | .82 |

```
                    ACCOUNT
                   STATEMENT
USP LEW **LIMITED OFFICIAL USE**        DATE 12/21/00
Lewisburg, PA 17837                     PAGE No.01
```

Account # 13598014

KUCEWICZ, MICHAEL E.
G-ADM DET

| ----BEGINNING---- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .82 | .00 | .00 | .00 | .82 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T00374 | 13:28 | 10-05-00 | MONEY ORDER | 50.00 | 50.82 |
| 000016 | 17:08 | 10-10-00 | SALE / REGULAR | 49.25- | 1.57 |
| 09D4DE | 20:51 | 10-24-00 | DEPOSIT ITS FUNDS | 1.00- | .57 |
| NOV00P | 11:59 | 11-01-00 | PERFORMANCE PAY | 2.52 | 3.09 |
| 0AB93A | 19:57 | 11-05-00 | DEPOSIT ITS FUNDS | 3.00- | .09 |
| T02327 | 14:56 | 11-06-00 | MONEY ORDER | 10.00 | 10.09 |
| 0B2E11 | 20:29 | 11-11-00 | DEPOSIT ITS FUNDS | 3.00- | 7.09 |
| 0B3583 | 12:10 | 11-12-00 | DEPOSIT ITS FUNDS | 2.00- | 5.09 |
| 0B386F | 14:44 | 11-12-00 | DEPOSIT ITS FUNDS | 2.00- | 3.09 |
| T03198 | 13:58 | 11-17-00 | MONEY ORDER | 10.00 | 13.09 |
| 0B8F32 | 19:02 | 11-17-00 | DEPOSIT ITS FUNDS | 3.00- | 10.09 |
| 000047 | 17:59 | 11-20-00 | SALE / REGULAR | 8.55- | 1.54 |
| 0BF4AE | 11:49 | 11-23-00 | DEPOSIT ITS FUNDS | 1.00- | .54 |
| DEC00P | 10:17 | 12-01-00 | PERFORMANCE PAY | 21.56 | 22.10 |
| 0C94B1 | 18:49 | 12-02-00 | DEPOSIT ITS FUNDS | 2.00- | 20.10 |
| VR0527 | 15:04 | 12-04-00 | COMMISSARY FORM | .50- | 19.60 |
| 000020 | 17:40 | 12-04-00 | SALE / REGULAR | 18.45- | 1.15 |
| T04436 | 13:44 | 12-05-00 | MONEY ORDER | 50.00 | 51.15 |
| 0CCD23 | 19:25 | 12-05-00 | DEPOSIT ITS FUNDS | .00 | 51.15 |
| VR0584 | 15:35 | 12-07-00 | COMMISSARY FORM | 25.00- | 26.15 |
| 0CFC0F | 16:35 | 12-08-00 | DEPOSIT ITS FUNDS | .00 | 26.15 |
| 0D12EF | 14:54 | 12-09-00 | DEPOSIT ITS FUNDS | 2.00- | 24.15 |
| 0D13EA | 15:36 | 12-09-00 | DEPOSIT ITS FUNDS | 2.00- | 22.15 |
| 0D3B23 | 16:53 | 12-11-00 | DEPOSIT ITS FUNDS | 2.00- | 20.15 |
| 000046 | 18:08 | 12-11-00 | SALE / REGULAR | 9.95- | 10.20 |
| 0D546C | 21:15 | 12-12-00 | DEPOSIT ITS FUNDS | 2.00- | 8.20 |
| 0D5479 | 21:16 | 12-12-00 | DEPOSIT ITS FUNDS | .00 | 8.20 |
| T05142 | 13:36 | 12-14-00 | MONEY ORDER | 20.00 | 28.20 |
| 0D780C | 21:27 | 12-14-00 | DEPOSIT ITS FUNDS | 4.00- | 24.20 |
| 000014 | 12:53 | 12-19-00 | SALE / REGULAR | 16.66- | 7.54 |
| 000024 | 16:19 | 12-19-00 | SALE / REGULAR | 3.20 | 10.74 |

**** TRANSACTION TOTAL ****    9.92

| -----ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 10.74 | .00 | .00 | .00 | 10.74 |