UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL E. KUCEWICZ,  :
      Plaintiff  :  CIVIL ACTION NO. 4:01-0042
V.  :
        (KANE, J.)
  :  (MANNION, M.J.)
JANET RENO, U.S. Attorney
General, FEDERAL BUREAU OF  :
PRISONS, and HEALTH
SERVICES ADMINISTRATOR AT  :
USP LEWISBURG,
  :
      Defendants  :

O R D E R

On January 10, 2001, the plaintiff, an inmate at the United States Peniteniary, Lewisburg, Pennsylvania, filed this civil rights action pursuant to 28 U.S.C. § 1331. The plaintiff did not, however, utilize this court's form application to proceed *in forma pauperis* or file an authorization form to have funds deducted from his prison trust fund account. Consequently, he will be directed to do so.

NOW, THEREFORE, IT IS ORDERED THAT:

(1) The clerk is directed to serve the plaintiff with the appropriate form application to proceed *in forma pauperis* as well as an authorization form;

(2) The plaintiff shall complete fully and return to

the court the completed application to proceed <u>in forma pauperis</u> and authorization form within twenty (20) days of the date of this order; and,

(3) The failure to return the completed forms will result in a recommendation that the complaint be dismissed without prejudice.

/s/ Malachy E. Mannion<br>
MALACHY E. MANNION<br>
United States Magistrate Judge

Dated:   January 19, 2001