Michael Rucewicz #15548-014
U.S.P. — Box 1000
Lewisburg, PA. 17837

01-0042
Kane/Mannion
17 JAN 2001

Dear Sir/Ma'am,

Around 4-5 wks. ago, I sent to you a lawsuit, filled out in pen, claiming serious problems with my medical care here. I don't know how long it takes for a response — and I assure you, I'm not rushing you, understanding you're probably backlogg[ed].

I sent it reg. mail, I could not afford cert. ret'n receipt. Thus far though, I've heard nothing — no acknowledgement that it was received, and now I'm told by another inmate that it should have went to the court in Williamsport, PA. — Is this true? — If so, perhaps you can be kind enough to send them my claim + see if I can get a habeas corp[us] form. I still am in isolation (after being assaulted by another inmate + have no law library privileges) that is, none with adequa[te] books, typewriter + no forms at all.

I would really appreciate your help.

Sincerely,

Michael E. Rucewicz

FILED
SCRANTON
JAN 24 2001
PER _____ DEPUTY CLERK

c: file