<u>NOTICE OF INTENT TO WITHDRAW ACTION
IN A CIVIL CASE by PLAINTIFF</u>

⑧

Amo
2/23/a

Michael E. Kucewicz       19 Feb 01
    Plaintiff

    v.

Janet Reno, U.S. Atty Gen.
Federal Bureau of Prisons
and Health Services Administrator
at U.S.P., Lewisburg

Kane/MJ Mannion          FEB 22 2001   RMP

Please be advised that, at this time, I wish to <u>withdraw</u> my action (4:01 cv-0042).

I was informed that I have been designated for a facility in Raybrook, N.Y., + should I feel my civil rights are still being violated, I shall file in that district.

Accordingly, please <u>disregard</u> my application to proceed in forma pauperis.

Dated this 19th day of Feb, 2001.

      Michael E. Kucewicz

Would you be so kind enough to return my complaint for I sent you the only copy, as well as the other document(s).

      Michael Kucewicz #13598-014
      P.O. Box 1000 - USP-LEW
      Lewisburg, PA. 17837

            Thank you.